UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-23098-CIV-MARTINEZ-BROWN

ROSALEE EVERHART,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD., a Liberian corporation,

    Defendant.
_____/

### ORDER GRANTING WITHDRAWAL OF COUNSEL AND REQUIRING JEFFREY N. ANDERSON, ESQ. TO FILE NOTICE

This CAUSE came before the Court upon the parties' Joint Stipulation for Substitution of Counsel **(D.E. No. 24)**, filed on April 25, 2008. It is, hereby:

**ORDERED AND ADJUDGED** that

1. Counsel Jeffrey N. Anderson, Esq.'s motion to withdraw as counsel for the Defendant in **(D.E. No. 24)** is hereby **GRANTED**. Counsel SHALL BE PERMITTED to withdraw as Attorney of Record. Counsel shall, first, send a copy of this Order to the Defendant client and file with the Clerk a certification of service.

2. The Defendant's newly chosen counsel, Amanda Jacobs, Esq., SHALL file a Notice of Appearance **on or before May 9, 2008**. A corporation must be represented by counsel and cannot proceed pro se. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Failure to comply with this Order SHALL result in this Court Ordering the Defendant to Show Cause

why default judgment should not be entered.

      DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of May, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record