UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  07-23098-CIV-MARTINEZ-BROWN**

ROSALEE EVERHART,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD., a
Liberian corporation,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

    This matter is before the Court upon a *sua sponte* review of the record.  The record indicates that the parties filed a Notice of Settlement on July 30, 2008. (D.E. No. 29).  On August 8, 2008, the Court ordered the parties to file a Joint Stipulation of Dismissal along with a Proposed Order of Dismissal or Final Judgment by August 28, 2008. (D.E. No. 30).  The Court advised the parties that failure to comply with the Order would result in dismissal of the action without prejudice and without further warning.  The deadline to comply has passed and the parties have failed to file their Joint Stipulation of Dismissal or request an extension.  Accordingly, it is:

    **ADJUDGED** that this action is **DISMISSED without prejudice**.  It is also:

    **ADJUDGED** that all pending motions in this case are DENIED as moot, and this case is CLOSED.

    DONE AND ORDERED in Chambers at Miami, Florida, September 2, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record

-2-